**Israel K. Garth RICHARDSON, Appellant**

v.

**EXECUTIVE COMMITTEE(S) (Years: 1985–2010) Of The United States District Court For The Northern District Of Illinois Eastern Division, et al., Appellees.**

**No. 10–5141.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 5, 2010.

Israel K. Garth Richardson, Chicago, IL, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge; and GRIFFITH and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 21, 2010, be affirmed. The district court properly dismissed appellant's complaint as frivolous. *See, e.g., Neitzke v. Williams*, 490 U.S. 319, 328, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.